**Joseph & Norinsberg LLC**
Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

November 18, 2024

**VIA ECF**
Hon. Gary Stein
United States District Magistrate Judge
500 Pearl Street, Room 702
United States Courthouse
New York, NY 10007
(212) 805-6120
GSteinNYSDChambers@nysd.uscourts.gov

    Re: **Turner v. Nightjar Holdings**
      **Case No. 24-cv- 08106-AS**
      **Letter Request for Extension of Time to File Answer**

Dear Judge Stein

  Our office represents Plaintiff, Tavon Turner ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant, Nightjar Holdings, LLC ("Defendant") which was filed on October 24, 2024, and served upon the Defendant on October 28, 2024 (Docket No. 6). The Defendant's deadline to respond is November 18, 2024.

  Ms. Lauren Rudick, Esq., on behalf of Defendant, reached out to the undersigned via email on November 15, 2024, to inform us that, "[t]hey were non-litigation counsel to Nightjar Holdings, LLC," requested that we acquiesce to a 30-day extension of time to submit their Answer; and that the company "would be retaining litigation counsel who will enter an appearance." This is the Defendant's first request for an extension, and we have no objection to such extension.

  We trust that the Court will find this letter sufficient to extend Defendant's the time to Answer the Complaint by 30-days, until December 18, 2024. We remain committed to resolving this case promptly and will notify the Court upon reaching a resolution.

  We felt it prudent to bring this to the Court's attention to ensure that all parties are aware of the current representation status in this matter.

Thank you for your attention to this matter.

Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

Sincerely,

Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
*Attorneys For Plaintiff*
110 East 59th Street,
Suite 2300
N.Y., N.Y. 10022
(212) 227-5700
Fax No. (212) 656-1889
jon@norinsberglaw.com
bennitta@employeejustice.com

The request for an extension of time to answer the complaint is GRANTED.

This letter motion was addressed to Judge Stein, but no referral order has been entered in this case. If the parties wish to consent to conducting all further proceedings before Judge Stein, they should submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, and attached herein.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 20, 2024

c.c.
**Lauren A. Rudick**
Managing Principal
Rudick Law Group, PLLC
O: +1(212) 369-4200 | M: +1(917) 405-4206
LRudick@rudicklawgroup.com
www.rudicklawgroup.com

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| *Plaintiff* <br> v. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____    _____
                                                                                      *District Judge's signature*

                                                          _____
                                                                                      *Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.