# Joseph & Norinsberg LLC
## Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

January 16, 2025

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
United States Courthouse
New York, NY 10007-1312
(212) 805-0328

      Re:    **Turner v. Nightjar Holdings**
              Case No. 24-cv- 08106-AS
              **Second Letter Request for Extension of Time**

Dear Judge Subramanian:

      Our office represents Plaintiff, Tavon Turner ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant, Nightjar Holdings, LLC ("Defendant") which was filed on October 24, 2024, and served upon the Defendant on October 28, 2024 (Docket No. 6). The Defendant's deadline to respond to the Complaint or otherwise respond is January 17, 2025.

      We are writing to respectfully request an adjournment of all deadlines and scheduled proceedings in the above-referenced matter, including the Defendant's time to answer and the Initial Pretrial Conference, for an additional 14 days. This extension is Plaintiff's second request with the concession of Defendant's counsel, Fatima Afia, Esq., to allow the parties to finalize the last part of the settlement agreement.

      We believe that with this additional time, we will reach an amicable settlement and resolve this matter without further court intervention.

Thank you for your consideration of this request.

<div style="color: blue;">
Application DENIED. As the Court informed the parties in its December 18, 2024 Order, ECF No. 11, it does not adjourn litigation deadlines for the purposes of settlement. By January 20, 2025, the parties should either submit the joint letter as described in the Court's October 25, 2024 Order, ECF No. 5, or submit a letter indicating that the parties have reached a settlement in principle. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: January 16, 2025
</div>

Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

*[signature]*

Arjeta Albani, Esq.
*Attorney for Plaintiff*
110 E. 59th Street, Suite 2300
New York, N.Y. 10022
(212) 227-5700
arjeta@employeejustice.com

c.c.
Fatima Alfia, Esq.
*Attorney for Defendant*
RLG
Rudick Law Group
fafia@rudicklawgroup.com