**Joseph & Norinsberg LLC**
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
arjeta@employeejustice.com

January 17, 2025

<u>VIA ECF</u>
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: Tavon Turner v. Nightjar Holdings LLC
> Case No. 24-cv-08106-AS
> Joint Settlement Notification Letter

Dear Judge Subramanian:

    Our office represents Plaintiff, Tavon Turner ("Plaintiff"), in the above-referenced matter. We write jointly on behalf of Plaintiff and Defendant, Nightjar Holdings LLC, to inform the Court that the parties herein have reached a settlement and expect to file a stipulation of dismissal once all necessary terms are executed.

    At this juncture, Defendant's deadline to file its Answer to the Complaint is January 17, 2025, and the parties' Initial Pretrial Conference is scheduled for January 24, 2025.

    However, in light of the status of the parties' settlement, the parties respectfully request that the Court stay all upcoming deadlines in this matter, including, the deadlines noted above, until further notice.

We thank the Court for its time and consideration.

Respectfully submitted,

Arjeta Albani, Esq.
Chief of ADA Division
Joseph & Norinsberg LLC

                                                          110 E. 59th Street, Suite 2300
                                                          New York, New York 10022
                                                          www.employeejustice.com
                                                          Counsel for Plaintiff Tavon Turner

cc: Fatima V. Afia (via Email at fafia@rudicklawgroup.com)
Rudick Law Group, PLLC
Counsel for Defendant Nightjar Holdings LLC